UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARJORIE HELEN LEWIS and Husband, RONALD LEWIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO: 2:12cv00115 ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., BARRY J. CADDEN, GREGORY A. CONIGLIARO, DOUGLAS A. CONIGLIARO, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, and GLEN A. CHIN, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING**

Defendants Medical Sales Management, Inc., Barry J. Cadden, Gregory A. Conigliaro, Douglas A. Conigliaro, Lisa Conigliaro Cadden, Carla Conigliaro, and Glen A. Chin ("Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), move this Court for an enlargement of time until February 11, 2013 in which to file a responsive pleading to the Complaint. As grounds for this motion, Defendants submit that they have been named in numerous lawsuits in various jurisdictions around the country related to the same alleged set of facts, and they are attempting to draft and verify pleadings in all of the jurisdictions.

Additionally, Defendants submit that defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center recently filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy

Court for the District of Massachusetts (Eastern Division), No. 12-19882-HJB. Pursuant to 11 U.S.C. §362(a), all actions against NECC are stayed.

As further support for this motion, undersigned counsel represents that she spoke with one of Plaintiffs' counsel on January 10, 2013 regarding the request for additional time, and Plaintiffs have no opposition to such request. By filing this motion, Defendants do not intend to waive, and specifically reserve, all applicable defenses, including those to jurisdiction.

Based on the foregoing, Defendants respectfully request that this Court allow them until February 11, 2013 to file a responsive pleading to the Complaint.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


By: *s/ Carrie W. McCutcheon*
Brigid M. Carpenter (BPR #18134)
Carrie W. McCutcheon (BPR #24805)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
(615) 726-7341
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com
cmccutcheon@bakerdonelson.com

Emily T. Landry (BPR #22157)
Quinn N. Carlson (BPR #25603)
First Tennessee Building, 20th Floor
165 Madison Avenue
Memphis, TN 38103
(901) 526-2000
(901) 577-2303 (facsimile)
elandry@bakerdonelson.com
qcarlson@bakerdonelson.com


*Attorneys for Defendants Barry J. Cadden, Gregory A. Conigliaro, Douglas A. Conigliaro, Lisa Conigliaro Cadden, Carla Conigliaro, and Glen A. Chin*

Date: January 11, 2013.

## CERTIFICATE OF SERVICE

I, Carrie W. McCutcheon, hereby certify that on this 11th day of January, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

I also certify I served a true and accurate copy of the foregoing document to counsel of record via first class mail and e-mail as follows:

Robert E. Pryor, Sr.
Pryor, Flynn, Priest & Harber
Suite 600, Two Centre Square
625 Gay Street
P.O. Box 870
Knoxville, Tennessee 37901

                                                  *s/ Carrie W. McCutcheon*
                                                  Carrie W. McCutcheon