| | |
|---|---|
| MARJORIE HELEN LEWIS and Husband, RONALD LEWIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO: 2:12cv00115 ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., BARRY J. CADDEN, GREGORY A. CONIGLIARO, DOUGLAS A. CONIGLIARO, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, and GLEN A. CHIN, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Defendants Medical Sales Management, Inc., Barry J. Cadden, Gregory A. Conigliaro, Douglas A. Conigliaro, Lisa Conigliaro Cadden, Carla Conigliaro, and Glen A. Chin ("Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), move this Court for an enlargement of time until February 11, 2013 in which to file a responsive pleading to the Complaint. As grounds for this motion, Defendants submit that they have been named in numerous lawsuits in various jurisdictions around the country related to the same alleged set of facts, and they are attempting to draft and verify pleadings in all of the jurisdictions.

Additionally, Defendants submit that defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center recently filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy