IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARJORIE HELEN LEWIS, <br> and Husband, RONALD LEWIS, <br><br> Plaintiffs <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., BARRY J. CADDEN, GREGORY A. CONIGLIARO, DOUGLAS A. CONIGLIARO, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, and GLEN A. CHIN, <br><br> Defendants | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO: 2:12cv00115 |

**MOTION TO WITHDRAW PLAINTIFFS' MOTION TO REMAND
CASE TO STATE COURT**

Come the plaintiffs, by and through counsel, and hereby move the Court that they be permitted to withdraw their previously filed motion to remand this case to state court. This motion is based upon the fact that it appears that the defendants, Glen A. Chin and Carla R. Conigliaro, gave notice of their consent to removal in this action on December 11, 2012 (Docs. 7 and 8), although said consents to removal were not furnished to plaintiffs' counsel at

the time of the filing leading plaintiffs to believe that the two defendants had not consented to the removal and that the removal lacked unanimity of consent.

It appearing in this cause that all defendants either joined in the removal notice or gave separate notice of their consent to removal, the plaintiffs hereby move to be permitted to withdraw their motion to remand the case to state court.

Respectfully submitted,

PRYOR, FLYNN, PRIEST & HARBER
Suite 600, Two Centre Square
625 Gay Street
P. O. Box 870
Knoxville, Tennessee 37901
(865) 522-4191


By:   s/Robert E. Pryor, Sr.
     Robert E. Pryor, Sr. (BPR #001999)
     Attorney for Plaintiffs


## CERTIFICATE OF SERVICE

I, Robert E. Pryor, hereby certify that on January 22, 2013, Plaintiffs' Withdrawal of Motion to Remand to State Court was filed electronically with the United States District Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

s/Robert E. Pryor, Sr.
 ROBERT E. PRYOR, SR. (BPR #001999)
 Attorney for Plaintiffs