# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MARJORIE HELEN LEWIS,** § | | |
| and Husband, **RONALD LEWIS,** § | | |
| § | | |
| **Plaintiffs** § | | |
| § | | |
| v. § | | **CIVIL ACTION NO: 2:12cv00115** |
| § | | |
| § | | |
| **NEW ENGLAND COMPOUNDING** § | | |
| **PHARMACY, INC., d/b/a NEW** § | | |
| **ENGLAND COMPOUNDING CENTER,** § | | |
| **AMERIDOSE, LLC, MEDICAL SALES** § | | |
| **MANAGEMENT, INC., BARRY J.** § | | |
| **CADDEN, GREGORY A.** § | | |
| **CONIGLIARO, DOUGLAS A.** § | | |
| **CONIGLIARO, LISA CONIGLIARO** § | | |
| **CADDEN, CARLA CONIGLIARO, and** § | | |
| **GLEN A. CHIN,** § | | |
| § | | |
| **Defendants** § | | |

## MOTION TO WITHDRAW PLAINTIFFS' MOTION TO REMAND
## CASE TO STATE COURT

Come the plaintiffs, by and through counsel, and hereby move the Court that they be permitted to withdraw their previously filed motion to remand this case to state court. This motion is based upon the fact that it appears that the defendants, Glen A. Chin and Carla R. Conigliaro, gave notice of their consent to removal in this action on December 11, 2012 (Docs. 7 and 8), although said consents to removal were not furnished to plaintiffs' counsel at