## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARJORIE HELEN LEWIS, | § | |
| and Husband, RONALD LEWIS, | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 2:12cv00115 |
| | § | |
| | § | |
| NEW ENGLAND COMPOUNDING | § | |
| PHARMACY, INC., d/b/a NEW | § | |
| ENGLAND COMPOUNDING CENTER, | § | |
| AMERIDOSE, LLC, MEDICAL SALES | § | |
| MANAGEMENT, INC., BARRY J. | § | |
| CADDEN, GREGORY A. | § | |
| CONIGLIARO, DOUGLAS A. | § | |
| CONIGLIARO, LISA CONIGLIARO | § | |
| CADDEN, CARLA CONIGLIARO, and | § | |
| GLEN A. CHIN, | § | |
| | § | |
| **Defendants** | § | |

## CERTIFICATE OF SERVICE

I, Robert E. Pryor, hereby certify that on January 22, 2013, Plaintiffs' Withdrawal of Motion to Remand to State Court was filed electronically with the United States District Court. Notice of this filing will be sent by operation of the Court's electronic filing system to James P. Smith, Jr., Esq.; Brigid M. Carpenter, Esq.; Carrie W. McCutcheon, Esq.; and James A. Beakes, III, Esq., as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/Robert E. Pryor, Sr.
ROBERT E. PRYOR, SR. (BPR #001999)
Attorney for Plaintiffs