UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARJORIE HELEN LEWIS and Husband, RONALD LEWIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO: 2:12cv00115 ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER, AMERIDOSE, LLC, MEDICAL SALES MANAGEMENT, INC., BARRY J. CADDEN, GREGORY A. CONIGLIARO, DOUGLAS A. CONIGLIARO, LISA CONIGLIARO CADDEN, CARLA CONIGLIARO, and GLEN A. CHIN, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs Marjorie and Ronald Lewis and all Defendants other than New England Compounding Pharmacy, Inc. jointly move this Court to continue the initial case management conference in this matter, which currently is set for February 4, 2013 at 11:15 am CT in Cookeville, Tennessee (Dkt. No. 5).

As grounds for this motion, the parties state that responsive pleadings by Defendant Medical Sales Management, Inc. and the individually-named Defendants are not due until February 11, 2013, which is after the date on which the initial case management conference currently is set. Additionally, there is a hearing regarding this and other matters before the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") on January 31, 2013. The MDL Panel may determine that the lawsuits currently pending around the country, including the

present action, should be transferred to one federal district for coordinated pretrial proceedings. It is anticipated that a transfer order will be entered by the MDL Panel to centralize this litigation.

The parties also submit that Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center recently filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division), No. 12-19882-HJB. Pursuant to 11 U.S.C. §362(a), all actions against NECC are stayed.

Based on the foregoing, the parties jointly request that the Court continue the current initial case management conference until April 1, 2013.

Respectfully submitted,

By: *s/ Robert E. Pryor*
Robert E. Pryor, Sr., B.P.R. No. 1999
Pryor, Flynn, Priest & Harber
Two Centre Square
625 Gay Street, Suite 600
Knoxville, Tennessee 37902
(865) 522-4191
jccaldwell@pfph-law.com


James P. Smith, Jr., B.P.R. No. 12253
Bean, Smith, Burnett & Patton
300 Thurman Avenue
Crossville, Tennessee 38555
(615) 484-7549
cshadwell@bsbplaw.com

*Attorneys for Plaintiffs*

By: *s/ Brigid M. Carpenter*
Brigid M. Carpenter, B.P.R. No. 18134
Carrie W. McCutcheon, B.P.R. No. 24805
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-7341
bcarpenter@bakerdonelson.com
cmccutcheon@bakerdonelson.com

*Attorneys for Defendants Medical Sales Management, Inc., Barry J. Cadden, Gregory A. Conigliaro, Douglas A. Conigliaro, Lisa Conigliaro Cadden, Carla Conigliaro, and Glen A. Chin*


By: *s/ James A Beakes*
James A. Beakes, B.P.R. No. 24073
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-3422
(615) 503-9120
jim.beakes@butlersnow.com

*Attorneys for Defendant Ameridose, LLC*


Date: January 30, 2013.

3

## CERTIFICATE OF SERVICE

       I, Brigid M. Carpenter, hereby certify that on this 30th day of January, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) as follows:

Robert E. Pryor, Sr.
Pryor, Flynn, Priest & Harber
Suite 600, Two Centre Square
625 Gay Street
P.O. Box 870
Knoxville, TN 37901

James P. Smith, Jr.
Bean, Smith, Burnett & Patton
300 Thurman Avenue
Crossville, TN 38555

James A. Beakes
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-3422

                                              s/ Brigid M. Carpenter
                                              Brigid M. Carpenter

N BTM 945069 v1
2924962-000023  01/30/2013