UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARJORIE HELEN LEWIS, et al., | ) |
| | ) |
| v. | )   NO. 2:12-0115 |
| | )   JUDGE SHARP |
| NEW ENGLAND COMPOUNDING | ) |
| PHARMACY, INC., et al., | ) |

## ORDER

Pending before the Court is a Joint Motion to Reset Initial Case Management Conference (Docket No. 24).

The motion is GRANTED and the initial case management conference set for Monday, February 4, 2013, is hereby continued to be reset by the Magistrate Judge.

This case is hereby referred to the Magistrate Judge for case management purposes pursuant to Local Rule 16.01.

IT IS SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE