UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARJORIE HELEN LEWIS and ) | |
| Husband, RONALD LEWIS ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 2:12cv00115 |
| v. ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., d/b/a NEW ) | |
| ENGLAND COMPOUNDING CENTER, ) | |
| AMERIDOSE, LLC, MEDICAL SALES ) | |
| MANAGEMENT, INC., BARRY J. ) | |
| CADDEN, GREGORY A. ) | |
| CONIGLIARO, DOUGLAS A. ) | |
| CONIGLIARO, LISA CONIGLIARO ) | |
| CADDEN, CARLA R. CONIGLIARO, and ) | |
| GLENN A. CHIN ) | |
| ) | |
| Defendants ) | |

## MEDICAL SALES MANAGEMENT, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, Medical Sales Management, Inc. ("MSM"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

MSM does not have any parent corporations, and no publicly-held corporation owns 10% or more of MSM's stock.

Dated this 13th day of February, 2013.

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC


By: s/ Carrie W. McCutcheon
Brigid M. Carpenter (BPR #18134)
Carrie W. McCutcheon (BPR #24805)
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
(615) 726-7341
(615) 744-7341 (facsimile)
bcarpenter@bakerdonelson.com
cmccutcheon@bakerdonelson.com

Date: February 13, 2013                *Attorneys for Medical Sales Management, Inc.*

## CERTIFICATE OF SERVICE

I, Carrie W. McCutcheon, hereby certify that on this 13th day of February, 2013, the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>Robert E. Pryor, Sr.
>Pryor, Flynn, Priest & Harber
>Suite 600, Two Centre Square
>625 Gay Street
>P.O. Box 870
>Knoxville, TN  37901
>*Attorney for Plaintiffs*
>
>James P. Smith
>Bean, Smith & Burnett Attorneys at Law
>300 Thurman Avenue
>Crossville, TN 38555
>*Attorney for Plaintiffs*
>
>James A. Beakes
>Butler, Snow, O'Mara, Stevens & Cannada, PLLC
>1200 One Nashville Place
>150 Fourth Avenue, North
>Nashville, TN  37219-3422
>*Attorney for Ameridose, LLC*

>>s/ Carrie W. McCutcheon
>>Carrie W. McCutcheon